374 A.2d 702

Commonwealth, Appellant, v. Fawcett.

Argued March 22, 1977. Robert F. Banks, First Assistant District Attorney, with him William S. Kieser, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

VAN der VOORT, J., dissents.

374 A.2d 702

Commonwealth v. Fishel, Appellant.

Argued September 16, 1976. Taylor P. Andrews, Assistant Public Defender, submitted a brief for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents on the basis of his Dissenting Opinion in *Commonwealth v. Ferraro*, 237 Pa.Super. 268, 276, 352 A.2d 548 (1975).